IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JARELL D. TERRY**　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC # 149998**

v.　　　　　　　　　　Case No. 4:25-cv-00071-KGB

**STAPLETON,** *et al.*　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

Before the Court is plaintiff Jarell D. Terry's motion for voluntary dismissal (Dkt. No. 6). The motion accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(i). For good cause shown, the Court grants the motion for voluntary dismissal (Dkt. No. 6). The Court denies all pending motions and Recommended Dispositions as moot (Dkt. Nos. 3; 5), and the Court dismisses without prejudice the action.

It is so ordered this 20th day of August, 2025.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge