# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JARELL D. TERRY**　　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC # 149998**

v.　　　　　　　　　　　Case No. 4:25-cv-00071-KGB

**STAPLETON,** *et al.*　　　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Jarell D. Terry's complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is denied.

It is so adjudged this 20th day of August, 2025.

_____
Kristine G. Baker
Chief United States District Judge